dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-212-CV

   
 

IN THE INTEREST OF A.F., A MINOR CHILD 

----------

FROM COUNTY COURT AT LAW NO. 1 OF WICHITA COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant's “Motion To Dismiss Appeal.” It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

PER CURIAM 

PANEL D: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: October 7, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.